IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYRONE DEMON SIMPSON | ) | |
| | ) | |
| V. | ) | 3-02-CV-2178-M |
| | ) | |
| DOUGLAS DRETKE, Director, | ) | |
| Texas Department of Criminal Justice | ) | |
| Correctional Institutions Division | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that the Clerk is directed to file pursuant to the "mailbox rule" Petitioner's notice of appeal and petition for certificate of appealability, submitted with the Texas Attorney General's cover letter dated September 12, 2005, *nunc pro tunc* as of September 9, 2003.

IT IS FURTHER ORDERED that Petitioner's motion for relief for judgment is otherwise denied.

SO ORDERED this 16 day of November, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE